1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES G. REECE,

11            Plaintiff,                    No. CIV S-09-0782 GGH P

12        vs.

13   MATTHEW CATE, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24   /////

25   /////

26   /////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2         1.  Plaintiff shall submit, within thirty days from the date of this order, a

3    completed affidavit in support of his request to proceed in forma pauperis on the form provided

4    by the Clerk of Court;

5         2.  The Clerk of the Court is directed to send plaintiff a new Application to

6    Proceed In Forma Pauperis By a Prisoner; and

7         3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8    copy of his prison trust account statement for the six month period immediately preceding the

9    filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10   recommendation that this action be dismissed without prejudice.

11   DATED: April 1, 2009

12

13                                              /s/ Gregory G. Hollows

14                                              _____
                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

15   GGH:md
     reec0782.3c+new

16

17

18

19

20

21

22

23

24

25

26